# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CARMEN SEMIDEY**, individually, and as
Personal Representative of the **ESTATE OF FLORENCIO SEMIDEY,**

Appellant,

v.

**MULTISTATE TILE DISTRIBUTORS, INC.,** f/k/a **INTERNATIONAL WHOLESALE TILE, INC.,** a Florida corporation, **INCOPISOS INDUSTRIA E. COMERCIO DE PISOS, LTDA.**, a foreign corporation, **MEDITERRANEAN SHIPPING COMPANY, USA, INC.,** a Florida corporation, and **GENERAL NOLI USA, INC.**, a foreign corporation,

Appellees.

No. 4D17-1624

[March 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE08-46378.

Paul B. Feltman of Alvarez, Carbonell, Cooke, Feltman & DaSilva, PL, Coral Gables, for appellant.

Raul Morales of Martinez Morales, LLC, Coral Gables, for appellee Incopisos Industria E. Comercio De Pisos, LTDA.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***